RECEIVED
2007 MAY 25  P 4:09

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:07CR 112-SRW |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(5), 32-6-19] |
| | ) | |
| KIMBERLY CATHERINE CRONOS | ) | INFORMATION |

COUNT I

The United States Attorney charges:

On or about the 6th December 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, KIMBERLY CRONOS* did unlawfully operate a motor vehicle while under the influence of a substance which impaired her physical and mental faculties to a degree that rendered her incapable of safely driving in violation of Title 32, Section 5A-191(a)(5), Code of Alabama 1975, and Title 18, Section 13, United States Code.

COUNT II

The United States Attorney charges:

On or about the 6th December 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, KIMBERLY CRONOS* did unlawfully operate a motor vehicle on the highway while her Florida Driver's License was revoked, in violation of Title 32, Section 6-19, Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*Name corrected per 6/6/07 stamped Order granting Motion to Amend (Doc #4)

SCANNED

*[signature]*

NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Officer at Fort Rucker, Alabama. On December 6th, 2006, at approximately 1:00 P.M., I came upon a car that was straddling the curb at an intersection. The driver, later identified as KIMBERLY CRONOS, was seated behind the wheel. CRONOS appeared to be intoxicated as we conversed. Upon exiting the vehicle, she was unsteady on her feet. She was administered a series of field sobriety tests, which she failed. A check of her Florida Driver's License showed it to be revoked. Upon her apprehension, an inventory of her car revealed unknown pills, empty Benadryl packets, and prescription Ambien. In my opinion as a law enforcement officer, Ms. Cronos was impaired.

_____
REBECCA CAROL RANDERMANN, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this  11  day of  May  2007.

_____
NOTARY PUBLIC

My commission expires: August 11, 2007