IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:07cr112-SRW |
| | ) |
| KIMBERLY CATHERINE CRONOS | ) |

**MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

On May 25, 2007, an Information was filed on the above named individual. The defendant's name is spelled CRONOS in the caption of the Information. In the body of the Information, Ms. Cronos' name is spelled KRONOS. This is a typographical error and the United States respectfully moves to amend the Information so that her name be changed to CRONOS in the body of the Information instead of KRONOS.

Respectfully submitted this 4th day of June, 2007.

                                                      LEURA G. CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/Kent B. Brunson
                                                   KENT B. BRUNSON
                                                   Assistant United States Attorney
                                                   One Court Square, Suite 201
                                                   Montgomery, AL 36104
                                                   Phone: (334) 223-7280
                                                   Fax: (334) 223-7135
                                                   E-mail: kent.brunson@usdoj.gov