IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr112-SRW |
| | ) | |
| KIMBERLY CATHERINE CRONOS | ) | |

## MOTION TO AMEND

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

On May 25, 2007, an Information was filed on the above named individual. The defendant's name is spelled CRONOS in the caption of the Information. In the body of the Information, Ms. Cronos' name is spelled KRONOS. This is a typographical error and the United States respectfully moves to amend the Information so that her name be changed to CRONOS in the body of the Information instead of KRONOS.

Respectfully submitted this 4th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

**MOTION GRANTED**

THIS _6th_ DAY OF _June_, 20 _07_

_____
UNITED STATES MAGISTRATE JUDGE