IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr112-SRW |
| | ) | |
| KIMBERLY CATHERINE CRONOS | ) | |

## **ORDER**

Defendant, KIMBERLY CATHERINE CRONOS, has not been arraigned on the pending Information filed May 25, 2007. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby reset from July 10, 2007 to September 12, 2007 at 10:00 a.m. at Soldier Service Center, Building 5700, Ft. Rucker, AL.

DONE, this 16th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE