```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA   )
                           )
    v.                       )   CR. NO. 1:07CR00112-SRW
                           )
KIMBERLY C. CRONOS         )
                           )

## UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Special Assistant United States Attorney Emily M. Ruisanchez, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 8th of August, 2007.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Emily M. Ruisanchez
        EMILY M. RUISANCHEZ
        Special Assistant United States Attorney
        Soldier Service Center, Bldg.5700
        Fort Rucker, Alabama 36362
        Telephone: (334) 255-9141
        Fax: (334) 255-1869
        Email: emily.ruisanchez@us.army.mil

```
         IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CR. NO. 1:07CR00112-SRW
                                )
KIMBERLY C. CRONOS              )
                                )

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel, Attorney for Kimberly C. Cronos, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Kimberly C. Cronos, 953 Jenks Avenue, Suite 5, Panama City, FL 32401.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Emily M. Ruisanchez
        EMILY M. RUISANCHEZ
        Special Assistant United States Attorney
        Soldier Service Center, Bldg. 5700
        Fort Rucker, Alabama 36362
        Telephone: (334) 255-9141
        Fax: (334) 255-1869
        Email: emily.ruisanchez@us.army.mil