IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07CR00112-SRW |
| | ) | |
| KIMBERLY C. CRONOS | ) | |
| | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Special Assistant United States Attorney Jennifer C.R. Clark, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 7th of September, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Jennifer C.R. Clark
JENNIFER C.R. CLARK
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: jennifer.ridosh@conus.army.mil

```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 1:07CR00112-SRW
)
KIMBERLY C. CRONOS )
)

### CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel, Attorney for Kimberly C. Cronos, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Kimberly C. Cronos, 953 Jenks Avenue, Suite 5, Panama City, FL 32401.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Jennifer C.R. Clark
JENNIFER C.R. CLARK
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: jennifer.ridosh@conus.army.mil