IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr112-SRW |
| | ) | |
| KIMBERLY CATHERINE CRONOS | ) | |

## ORDER

Upon consideration of the government's September 12, 2007 oral motion to continue arraignment to the March 11, 2008 arraignment docket, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.  The arraignment previously scheduled for September 12, 2007 is hereby **RESCHEDULED for 10:00 a.m. on March 11, 2008,** Soldier Service Center, Building 5700, Room 342, Ft. Rucker, Alabama, before U. S. Magistrate Judge Wallace Capel, Jr.

DONE, this 19th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE