**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:07cr112-WC** |
| | ) | |
| **KIMBERLY CATHERINE CRONOS** | ) | |

**NOTICE OF APPEARANCE**

    **COMES NOW** the undersigned counsel, Aylia McKee, and enters her appearance on

behalf of Defendant, **KIMBERLY CATHERINE CRONOS,** in the above-styled case.

    Dated this 24th day of March, 2008.

                         Respectfully submitted,

                         s/ Aylia McKee
                         AYLIA MCKEE
                         Assistant Federal Defender
                         201 Monroe Street, Suite 407
                         Montgomery, Alabama 36104
                         Phone: (334) 834-2099
                         Fax: (334) 834-0353
                         E-mail: aylia_mckee@fd.org
                         ASB-6178-A39M

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:07cr112-WC** |
| | ) | |
| **KIMBERLY CATHERINE CRONOS** | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire

Nathan Golden, Esquire

Respectfully submitted,

<u>s/ Aylia McKee</u>
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M