IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| )| |
| v.                              ) | Case No.: 1:07cr112-WC |
| ) | |
| KIMBERLY CATHERINE CRONOS       ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **KIMBERLY CATHERINE CRONOS,** by and through undersigned counsel, Aylia McKee, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty.

Dated this 29th day of April, 2008.

Respectfully submitted,


s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 1:07cr112-WC** |
| ) | |
| **KIMBERLY CATHERINE CRONOS** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire

Nathan Golden, Esquire

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M