IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr112-WC |
| | ) | |
| KIMBERLY CATHERINE CRONOS | ) | |

## **ORDER**

The defendant, KIMBERLY CATHERINE CRONOS, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, KIMBERLY CATHERINE CRONOS, appear with counsel before the Magistrate Judge Wallace Capel, Jr. on May 13, 2008 at 10:00 a.m. at Soldier Service Center, Building 5700, Room 342, Ft. Rucker, AL to enter a change of plea.

It is further ORDERED that the trial currently set for May 12, 2008 is continued generally.

DONE this 30th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE