IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CASE NO. 1:07cr112-WC |
| KIMBERLY CATHERINE CRONOS | * |

## MOTION

Pursuant to Rule 32 of the Federal Rules of Criminal Procedure, and for good cause shown, the Government and the defendant request that the Court shorten time limits prescribed by subdivision(e)(2). Upon disclosure of the presentence report, the Government and the defendant will promptly, but not later than ten days, communicate in writing to the probation officer, and to each other, any objections to the presentence report as described in subdivision (f)(1). The defendant and the Government request that the final report with addendum be disclosed no later than three days before the sentencing hearing.

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for Government

## ORDER

IT IS ORDERED that the above motion be, and the same is hereby GRANTED.

Sentencing in this case is set for __11:00am__ on the __13th__ day of __May__, 2008.

_____
United States Magistrate Judge